# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE JENNINGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED NAPLETON ELMHURST IMPORTS )<br>INC., )<br>)<br>Defendant. ) | Case No.: 1:23-CV-14099<br><br>Judge: John J. Tharp, Jr. |

## DECLARATION OF AMANDA GRAYSON

I, Amanda Grayson, hereby state under penalty of perjury that everything I have stated in this document is true and correct:

1. I am currently employed by Ed Napleton Elmhurst Imports, Inc. ("Napleton") as Controller. My role includes responsibility for Human Resources functions for Napleton. I am a custodian of records to Plaintiff Andre Jennings' ("Jennings'") employee file.

2. Napleton is an automotive dealership in Elmhurst, Illinois selling new Acuras, Kias and used cars. The dealership sells cars and goods that are received from various other states and internationally. The dealership also sells cars to and services customers who are residents of states other than Illinois, and routinely conducts interstate business through U.S. Mail, by making out-of-state calls, and by utilizing the internet.

3. Jennings was hired by Napleton on April 23, 2019.

4. In September 2020, as a condition of continued employment, Napleton presented Jennings with a Non-Solicitation Agreement and Agreement to Arbitrate Employment Claims ("Arbitration Agreement"). Attached to this declaration as Exhibit 1 is a true and correct copy of the Arbitration Agreement that was signed by Jennings on September 30, 2020. The signature of

FP 48973415.1

Jennings on the Arbitration Agreement is consistent with the signature of Jennings on other executed documents in Jennings' personnel file. The Arbitration Agreement was also signed by Bruce Etheridge on behalf of Napleton on September 21, 2020. After Jennings signed the Arbitration Agreement, it was maintained in the usual course of business in his personnel file.

5. After signing the Arbitration Agreement, Jennings continued to be employed by Napleton until his separation on November 14, 2022.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my belief.

Executed this 13th day of December, 2023

_/s/ Amanda Grayson_
Amanda Grayson